### N. M. DOVERSPIKE v. PARSONS PULP AND LUMBER COMPANY.

#### (Filed 24 December, 1920.)

CIVIL ACTION, tried before *Webb, J.,* at July Term, 1920, of HAYWOOD. The motion to nonsuit was sustained. Plaintiff appealed.

*Morgan & Ward and Felix E. Alley for plaintiff.*

*Merrimon, Adams & Johnston for defendant.*

STATE *v.* WILLOUGHBY.

PER CURIAM. The Court is of opinion, upon careful examination of all the evidence in this case, that the injury sustained by the plaintiff resulted from an extraordinary and unexpected event, which could not have reasonably been foreseen or anticipated, and that there is no evidence of negligence upon the part of the defendant.

Affirmed.